## In the Matter of Henry STEIGERWALDT, Debtor.

No. 5793.

Circuit Court of Appeals, Seventh Circuit.
Oct. 7, 1936.

Jacob Levy, of Chicago, Ill., for appellant.

E. R. Borgmeier, of Chicago, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges, and LINDLEY, District Judge.

PER CURIAM.

This cause now comes on to be heard on the printed record and briefs of counsel and on oral argument.

On consideration whereof it is now here ordered, adjudged, and decreed by this court that the order or decree of the District Court of the United States for the Northern District of Illinois, Eastern Division, in this cause appealed from, be, and the same is hereby, affirmed, with costs.

## Sylvia S. STRAUSS, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 59.

Circuit Court of Appeals, Second Circuit.
Jan. 4, 1937.

Arthur B. Hyman, of New York City (Arthur B. Hyman and Charles H. Lieb, both of New York City, of counsel), for petitioner.

Robert H. Jackson, Asst. Atty. Gen., and Sewall Key and Joseph M. Jones, Sp. Assts. to the Atty. Gen., for respondent.

Before MANTON, L. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Decision affirmed.

## In the Matter of TOWER BUILDING CORP., Debtor.

No. 5927.

Circuit Court of Appeals, Seventh Circuit.
Oct. 22, 1936.

Herbert F. Hawkins, of Chicago, Ill., for appellant.

Walter A. Wade, of Chicago, Ill., for appellee.

Before EVANS, Circuit Judge, and LINDLEY and BRIGGLE, District Judges.

PER CURIAM.

Now this day come the parties by their counsel and this cause now comes on to be heard on the printed record and briefs of counsel and on oral arguments.

On consideration whereof it is now here ordered, adjudged, and decreed by this court that the order or decree of the District Court of the United States for the Northern District of Illinois, Eastern Division, in this cause appealed from be, and the same is hereby, affirmed, with costs.